

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-20-00112-CV

_____

PETRA SIMONS, APPELLANT

V.

CRISTINA SIMONS, APPELLEE

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2017-525,645; Honorable Les Hatch, Presiding

May 5, 2020

## MEMORANDUM OPINION

Before PIRTLE, PARKER, and DOSS, JJ.

Appellant, Petra Simons, appeals from the trial court's order in a suit to modify the parent-child relationship. Now pending before this court is Appellant's motion to dismiss the appeal. Without passing on the merits of the appeal, Appellant's motion is granted and the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). Pursuant to the motion, all costs shall be taxed against Appellant. *Id.* at 42.1(d). Having dismissed this appeal at

Appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam